# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JOSEPH A. BEZJAK AND MILDRED P. BEZJAK, HIS WIFE AND CARL F. BEZJAK, AND LARA BEZJAK, HIS WIFE,<br><br>Petitioners<br><br><br>v.<br><br><br>MINNIE DIAMOND, HER HEIRS AND ASSIGNS, PEARL STRONKO AND JOSEPH J. STRONKO, JR., THEIR HEIRS AND ASSIGNS, STELLA TOMASIK, HER HEIRS AND ASSIGNS, WILLIAM B. DIAMOND AND SANTINA DIAMOND, THEIR HEIRS AND ASSIGNS, RUDOLPH DIAMOND, HIS HEIRS AND ASSIGNS, EVELYN DIAMOND, ALSO KNOWN AS SISTER MARY KAREN DIAMOND, EMET DIAMOND, JR., HIS HEIRS AND ASSIGNS, LOTTIE DEL SIGNORE, HER HEIRS AND ASSIGNS, ADELE SIBA, HER HEIRS AND ASSIGNS, AND THE NILAN CONNELLSVILLE COAL AND COKE COMPANY, ITS SUCCESSORS AND ASSIGNS,<br><br>Respondents | No. 165 WAL 2016<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.